UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CERTIFIED FENCE CORP.
**Plaintiff**

-v-

COLUMBU CONSTRUCTION CORP.,
U.S. SAPFIRE INS. CO. et al
**Defendant**

Case No. WP4
**07 CIV. 3996**

Rule 7.1 Statement

FILED 2007 MAY 22 P:00 S.D. OF N.Y. U.S. DISTRICT COURT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _Certified Fence Corp._ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

N·

Date: 5/21/07

Signature of Attorney

Attorney Bar Code: 9721

Form Rule7_1.pdf